

# Notice of Service of Process

null / ALL
**Transmittal Number:** 19182581
**Date Processed:** 01/07/2019

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire and Casualty Company |
| **Title of Action:** | Jeffrey Vaughn vs. Jeffrey A. French |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Wyandotte County District Court, KS |
| **Case/Reference No:** | 2018-CV-000708 |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 01/07/2019 |
| **Answer or Appearance Due:** | 40 Days |
| **Originally Served On:** | KS Insurance Department on 01/04/2019 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Michael R. Lawless<br>913-681-5566 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

EXHIBIT

1



# Kansas Insurance Department
Ken Selzer, CPA, Commissioner of Insurance

January 4, 2019

State Farm Fire and
Casualty Company
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

Dear Sir or Madam:

You are hereby notified that action has been commenced against your company in the District Court of Wyandotte County, State of Kansas, by Jeffrey Vaughn.

Copies of the following papers, which were received by this Department on January 4, 2019, are enclosed:

**Summons and Amended Petition for Damages.**

Thank you for your attention to this matter.

Sincerely,

*[signature]*

Ken Selzer, CPA
Commissioner of Insurance

KS: teg
Enclosures

ELECTRONICALLY FILED
2019 Jan 02 AM 9:39
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000708

Jeffrey R Vaughn

vs.

Jeffrey A French, et al. et. al.

## SUMMONS

To the above-named Defendant/Respondent:

      **State Farm Fire and Casualty Company**
      **420 SW 9th St**
      **Topeka, KS  66612**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

      Michael R Lawless
      13420 Santa Fe Trail Drive
      Lenexa, KS 66215

within 40 days after service of summons on you.

*/s/ Kristi L. Hill*

Clerk of the District Court
Electronically signed  on 01/02/2019 09:57:19 AM

**Documents to be served with the Summons:**

RECEIVED

JAN 0 4 2019

KANSAS INSURANCE DEPT.

ELECTRONICALLY FILED
2018 Oct 16 PM 2:52
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2018-CV-000708

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS

| | |
|---|---|
| JEFFREY VAUGHN<br>　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY A. FRENCH<br><br>And<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY<br>To be served at:<br>420 SW 9th Street<br>Topeka, KS. 66612<br>　　　　　Defendants. | Case No. 2018-CV-000708 |

## AMENDED PETITION FOR DAMAGES

COMES NOW the plaintiff, Jeffrey Vaughn, by and through his attorney, Michael R. Lawless, and for his petition for his cause of action against the defendant, alleges and states:

1. Plaintiff, Jeffrey Vaughn, is an individual who currently resides in Kansas City, Kansas. The plaintiff is an insured of Defendant State Farm as more fully set forth herein.

2. The Defendant, Jeffrey A. French, is an individual who resides at 8358 Elizabeth Avenue, Kansas City, Kansas 66112 and may be served with process at his last known address. This defendant is uninsured and therefore this suit must also be against the plaintiff's uninsured motorist coverage.

3. The Defendant State Farm Fire and Casualty Company One State Farm Plaza, Bloomington, IL 61710, may be served through service upon the Kansas Insurance Commissioner.

4. Pursuant to K.S.A. 40-256 State Farm Fire and Casualty Company should pay the reasonable value of the Plaintiff's attorney's fees in pursuing the Plaintiff's claim.

1

5. All factual allegations contained herein that are claimed against the acts of Defendant Jeffrey A. French are the allegations upon which the additional Defendant State Farm is liable under the Plaintiff's automobile policy providing coverage for underinsured drivers.

6. The accident occurred at approximately 7:34 a.m. on Tuesday, January 19, 2017 Eastbound on K-32 Highway in Overland Park, Johnson County, Kansas. Plaintiff was eastbound on K-32 Highway in the right lane when he was rear-ended by the Defendant, Jeffrey A. French.

7. The Defendant, Jeffrey A. French, was negligent in the operation of his vehicle in one or more of the following respects:

   a. The Defendant, Jeffrey A. French failed to keep a proper lookout to avoid an accident.

   b. The Defendant, Jeffrey A. French, failed to maintain control of his vehicle by failing to swerve or slow or stop to avoid an accident.

   c. The Defendant's, Jeffrey A. French, negligent inattention caused his motor vehicle to collide with the motor vehicle of the Plaintiff.

8. As a result of the collision, the Plaintiff sustained serious temporary and permanent bodily injuries, and or aggravations to pre-existing conditions, to various areas of his body, including but not limited to head pain, difficulty with his memory, difficulty remembering how to spell words, dizziness, trouble with his balance, head pain, as well as permanent ligamentous instability in the cervical and lumbar spine, including loss of motion segment integrity. The Plaintiff has otherwise been hurt and injured. The Plaintiff incurred costs of medical treatment to alleviate his condition. Plaintiff continues to suffer from these injuries and will suffer in the future and incur additional and future costs for treatment.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount in excess of $75,000.00 together with interest at the highest lawful rate, and for his costs incurred herein, for statutory attorney's fees and for such and further relief that the court deems just.

/s/ Michael R. Lawless

Michael R. Lawless, P.A. KS #10396
13420 Santa Fe Trail Drive
Lenexa, Kansas 66215
(913) 681-5566
Fax: (913) 888-7388
Attorney for Plaintiff



**Kansas Insurance Department**
Ken Selzer, CPA, Commissioner
420 SW 9th Street, Topeka, KS 66612-1678

LEGAL DIVISION



CERTIFIED MAIL

7016 0600 0000 5464 1772



01/04/2019
US POSTAGE $008.86

ZIP 66606
011E12650520

State Farm Fire and
Casualty Company
c/o Corporation Service Company
2900 SW Wanamaker Dr. Ste. 204
Topeka, KS 66614-4188

6661434188 C062

